COMMONWEALTH of Pennsylvania,
Respondent

v.

Kenyatta HOLLOWAY, Petitioner

No. 166 EAL 2017

Supreme Court of Pennsylvania.

October 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**